IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Janet Ammons,                                    Bankruptcy No. 18-24569-CMB

    Debtor,

Janet Ammons,
                                Chapter 13

    Movants,
                                Related to Document No.

No Respondent

    Respondent.

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the Order of Court dated January 24, 2019 and the Amended Chapter 13 Plan by prepaid first class US mail on April 24, 2019 on the following:

Ronda J Winnecour, Trustee
600 Grant Street
Suite 3250
Pittsburgh, PA  15219

Office of U.S. Trustee
1001 Liberty Ave.
Suite 970, Liberty Center
Pittsburgh, PA  15222

**Each and Every Creditor on the
Court's Mailing Matrix (attached)**

Dated: 04/24/2019           /s/: David A Rice, Esq.
                                         Attorney for Debtors
                                         15 West Beau Street
                                         Washington, PA  15301
                                         PA ID# 50329
                                         Ricelaw1@verizon.net
                                         (724) 225-7270

```
Label Matrix for local noticing        Atlas Acquisitions              Borough of East Washington
0315-2                                 294 Union St                    Goehring, Rutter & Boehm
Case 18-24569-CMB                      Hackensack, NJ 07601-4303       437 Grant Street, 14th Floor
WESTERN DISTRICT OF PENNSYLVANIA                                       Frick Building
Pittsburgh                                                             Pittsburgh, PA 15219-6101
Wed Apr 24 13:57:32 EDT 2019

PRA Receivables Management, LLC        2                               Borough of East Washington
PO Box 41021                           U.S. Bankruptcy Court           Goehring, Rutter & Boehm
Norfolk, VA 23541-1021                 5414 U.S. Steel Tower           c/o Jeffrey R. Hunt, Esquire
                                       600 Grant Street                437 Grant Street, 14th Floor
                                       Pittsburgh, PA 15219-2703       Frick Building
                                                                       Pittsburgh, PA 15219-6101

CC Holdings                            CW Nexus Credit Card Holdings 1, LLC   Commonwealth Fin / Wash Hospital
Attn: Card Services                    Resurgent Capital Services      Attn: Bankruptcy
Po Box 9201                            PO Box 10368                    245 Main Street
Old Bethpage, NY 11804-9001            Greenville, SC 29603-0368       Dickson City, PA 18519-1641


(p)JEFFERSON CAPITAL SYSTEMS LLC       KeyBank N.A.                    Keybank/usb Cc
PO BOX 7999                            4910 Tiedeman Road              Attn: Bankruptcy Department
SAINT CLOUD MN 56302-7999              Brooklyn, OH 44144-2338         4910 Tiedeman Road
                                                                       Brooklyn, OH 44144-2338


LVNV Funding, LLC                      LVNV Funding/Resurgent / Credit One   Lendmark Financial Services
Resurgent Capital Services             Attn: Bankruptcy                1735 North Brown Road
PO Box 10587                           Po Box 10497                    Suite 300
Greenville, SC 29603-0587              Greenville, SC 29603-0497       Lawrenceville, GA 30043-8228


(p)LENDMARK FINANCIAL SERVICES         Merrick Bank                    Midland Funding LLC
2118 USHER ST                          P.O. Box 660702                 2365 Northside Drive, #300
COVINGTON GA 30014-2434                Dallas, TX 75266-0702           San Diego, CA 92108-2709


Midland Funding, LLC                   Office of the United States Trustee   Pinnacle Credit Services, LLC
c/o Scott & Associates PC              Liberty Center.                 Resurgent Capital Services
P.O. Box 75011-5220                    1001 Liberty Avenue, Suite 970  PO Box 10587
                                       Pittsburgh, PA 15222-3721       Greenville, SC 29603-0587


Portfolio Recovery / Synchrony         (p)PORTFOLIO RECOVERY ASSOCIATES LLC   Quicken Loans
Po Box 41021                           PO BOX 41067                    P.O. Box 6577
Norfolk, VA 23541-1021                 NORFOLK VA 23541-1067           Carol Stream, IL 60197-6577


Quicken Loans Inc.                     Security Check / Tempoe         Trident Asset Management / Verizon
635 Woodward Avenue                    Attn: Bankruptcy Dept           Attn: Bankruptcy
Detroit, MI 48226-3408                 2612 Jackson Ave W              Po Box 888424
                                       Oxford, MS 38655-5405           Atlanta, GA 30356-0424


Wells Fargo Bank N.A., d/b/a Wells Fargo Aut   Wells Fargo Dealer Services   David A. Rice
PO Box 130000 Raleigh, NC 27605        Attn: Bankruptcy                Rice & Associates Law Firm
                                       Po Box 19657                    15 West Beau Street
                                       Irvine, CA 92623-9657           Washington, PA 15301-6805
```

Janet Linn Ammon
172 North Avenue
Washington, PA 15301-3558

Ronda J. Winnecour
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Nicotero & Lowden PC
3948 Monroeville Blvd., Suite 2
Monroeville, PA 15146-2437

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

Lendmark Financial Services LLC
Attn: Bankruptcy Dept.
2118 Usher Street NW
Covington, Georgia 30014

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Quicken Loans Inc.

(d)Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601-4303

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients    32
Bypassed recipients     3
Total                  35