IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No.  18-24569 CMB |
| | ) | |
| Janet L. Ammons | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | |
| Janet L. Ammons | ) | Doc No.   31 |
| Movant(s) | ) | |
| vs. | ) | |
| TJX Incentive Sales | ) | |
| Respondent(s) | ) | |

**AMENDED ORDER TO PAY TRUSTEE PURSUANT  TO WAGE ATTACHMENT**

  The above-named Debtor(s) having filed a Chapter 13 petition and Debtor(s) or Trustee having moved to attach wages to fund the Chapter 13 Plan:
  IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Debtor receives income:

    TJX Incentive Sales
    c/o CT Corp.
    600 North Second St., Suite 401
    Harrisburg, PA 17101

shall deduct from that income the sum of **$52.00 weekly** beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

    RONDA J. WINNECOUR
    CHAPTER 13 TRUSTEE, W.D.PA.
    P.O. BOX 84051
    CHICAGO, IL 60689-4002

  IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefor.
IT IS FURTHER ORDERED that the Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the debtor's full Social Security number on the above-named entity. Debtor shall file a certificate of service regarding service of the order and local form, but the Social Security number shall not be included on the certificate.
IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues shall be paid to the Debtor in accordance with usual payment procedures.
  IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.
IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.
IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

DATED this ___24th___ day of ___April, 2019_____, _____.

FILED
4/24/19 4:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm          dmk
Chief United States Bankruptcy Court Judge

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                              Case No. 18-24569-CMB
Janet Linn Ammons                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: dsaw              Page 1 of 1              Date Rcvd: Apr 24, 2019
                               Form ID: pdf900         Total Noticed: 2

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2019.
db             +Janet Linn Ammons,    172 North Avenue,    Washington, PA 15301-3558
               +TJX Incentive Sales,    c/o CT Corp.,    atten: Payroll,   600 North Second St. suite 401,
                 Harrisburg, PA 17101-1071

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2019 at the address(es) listed below:
              David A. Rice    on behalf of Debtor Janet Linn Ammons ricelaw1@verizon.net,    lowdenscott@gmail.com
              James Warmbrodt     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of East Washington jhunt@grblaw.com,
               cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott R. Lowden    on behalf of Debtor Janet Linn Ammons niclowlgl@comcast.net
                                                                                             TOTAL: 6
```