IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No.  18-24569 CMB |
| Janet L. Ammons | ) | |
| | ) | |
| Debtor (s) | ) | |
| Janet L. Ammons | ) | Chapter  13 |
| | ) | |
| Movant(s) | ) | Related to Doc No 39 |
| v. | ) | |
| | ) | Related to Claim 8 |
| Atlas Acquisitions LLC Assignee of | ) | |
| TEMPOE, LLC | ) | Hearing: 6/5/19 at 10:00 AM |
| Respondent(s) | ) | |

**CERTIFICATION OF NO RESPONSE REGARDING OBJECTION TO CLAIM**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection filed on  April 19, 2019  has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, responses to the Objection were to be filed and served no later than  May 6, 2019 .

It is hereby respectfully requested that the Order attached to the Objection be entered by the Court.

Dated: May 7, 2019

/s/ Scott R. Lowden
Scott R. Lowden, Esq.
PA ID 72116
Rice & Assoc. Law Firm
15 W. Beau Street
Washington, PA 15301
lowdenscott@gmail.com
(412)374-7161