IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No. 18-24569 CMB |
| Janet L. Ammons | ) | |
| | ) | |
| Debtor (s) | ) | |
| | ) | Chapter 13 |
| Janet L. Ammons | ) | |
| | ) | Related to Claim 1 |
| Movant(s) | ) | |
| v. | ) | Related to: Document No. 37 |
| Jefferson Capital Systems, LLC | ) | |
| | ) | **ENTERED BY DEFAULT** |
| Respondent(s) | ) | |

### ORDER OF COURT

**AND NOW,** this __8th__ day of _____May_____, 2019, upon consideration of the Debtor's Objection to Claim, it is hereby **ORDERED, ADJUDGED and DECREED** that said Objection to Claim is sustained and proof of claim #1 is disallowed in it's entirety.

BY THE COURT:

_Carlota M. Böhm_   glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
5/8/19 11:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Janet Linn Ammons  
      Debtor

Case No. 18-24569-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: gamr    Page 1 of 1    Date Rcvd: May 08, 2019  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2019.  
db         +Janet Linn Ammons,   172 North Avenue,   Washington, PA 15301-3558

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2019 at the address(es) listed below:  
        David A. Rice   on behalf of Debtor Janet Linn Ammons ricelaw1@verizon.net, lowdenscott@gmail.com  
        James Warmbrodt   on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com  
        Jeffrey R. Hunt   on behalf of Creditor   Borough of East Washington jhunt@grblaw.com, cnoroski@grblaw.com  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
        Scott R. Lowden   on behalf of Debtor Janet Linn Ammons niclowlgl@comcast.net  
    TOTAL: 6