**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/18/2021

IN RE:

| | |
|---|---|
| JANET LINN AMMONS<br>172 NORTH AVENUE<br>WASHINGTON, PA 15301<br>XXX-XX-7517        Debtor(s) | Case No.18-24569 CMB<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/18/2021

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC: NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 8856 |
| PO BOX 41021 | | |
| | CLAIM: 0.00 | |
| NORFOLK, VA 23541 | COMMENT: CARE CREDIT/PRAE | |
| **BRIAN C NICHOLAS ESQ** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC: NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA 19106 | COMMENT: QUICKEN LNS/PRAE | |
| **KEYBANK NA/AKA KEYBANK USA(*)** | Trustee Claim Number:3   INT %: 0.00% | CRED DESC: VEHICLE |
| ACCOUNTING DEPT [AUTO LOANS] | Court Claim Number:3 | ACCOUNT NO.: 9589 |
| 4910 TIEDEMAN RD | | |
| | CLAIM: 0.00 | |
| BROOKLYN, OH 44144 | COMMENT: OUTSIDE/PL*CL=10164.16 | |
| **QUICKEN LOANS LLC FKA QUICKEN LOANS INC** | Trustee Claim Number:4   INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEI |
| 635 WOODWARD AVE | Court Claim Number:2 | ACCOUNT NO.: 0776 |
| | CLAIM: 0.00 | |
| DETROIT, MI 48226 | COMMENT: OUTSIDE/PL*CL=$78,883.32*1ST/SCH*BGN 12/18 | |
| **WELLS FARGO BANK NA D/B/A WELLS FARGO** | Trustee Claim Number:5   INT %: 0.00% | CRED DESC: VEHICLE |
| PO BOX 17900 | Court Claim Number:11 | ACCOUNT NO.: 3039 |
| | CLAIM: 0.00 | |
| DENVER, CO 80217-0900 | COMMENT: OUTSIDE@WFDS/PL*CL=17903.43 | |
| **CW NEXUS CREDIT CARD HOLDINGS I LLC** | Trustee Claim Number:6   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SERVICES | Court Claim Number:4 | ACCOUNT NO.: 4407 |
| PO BOX 10368 | | |
| | CLAIM: 426.36 | |
| GREENVILLE, SC 29603 | COMMENT: CC HOLDINGS/MERRICK BANK CORP | |
| **COMMONWEALTH FINANCIAL SYSTEMS/NCC(*)** | Trustee Claim Number:7   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 245 MAIN ST | Court Claim Number: | ACCOUNT NO.: 47N1 |
| | CLAIM: 0.00 | |
| DICKSON CITY, PA 18519 | COMMENT: WASHINGTON HSPTL/SCH | |
| **COMMONWEALTH FINANCIAL SYSTEMS/NCC(*)** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 245 MAIN ST | Court Claim Number: | ACCOUNT NO.: 45N1 |
| | CLAIM: 0.00 | |
| DICKSON CITY, PA 18519 | COMMENT: WASHINGTON HSPTL/SCH | |
| **COMMONWEALTH FINANCIAL SYSTEMS/NCC(*)** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 245 MAIN ST | Court Claim Number: | ACCOUNT NO.: 46N1 |
| | CLAIM: 0.00 | |
| DICKSON CITY, PA 18519 | COMMENT: WASHINGTON HSPTL/SCH | |
| **LENDMARK FINANCIAL SERVICES LLC** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 2118 USHER ST | Court Claim Number:9 | ACCOUNT NO.: 2605 |
| | CLAIM: 4,643.93 | |
| COVINGTON, GA 30014 | COMMENT: 7903/SCH | |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 643.92<br>COMMENT: CREDIT ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7580 |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC  29603-0368 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4407 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5396 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 639.03<br>COMMENT: SYNC BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8856 |
| **ATLAS ACQUISITIONS LLC - ASSIGNEE OF TEMI**<br>492C CEDAR LN STE 442<br>TEANECK, NJ  07666 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 0.00<br>COMMENT: DENIED/OE*1086~TEMPOE/SCH*CL=986.20 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: V99B |
| **TRIDENT ASSET MANAGEMENT**<br>PO BOX 888424<br>ATLANTA, GA  30356 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: VERIZON/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5633 |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ND ADR~MICHAEL AMMONS/SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ATLAS ACQUISITIONS LLC**<br>492C CEDAR LN STE 442<br>TEANECK, NJ  07666 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PINNACLE CREDIT SERVICES LLC - ASSIGNEE**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0368 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 0.00<br>COMMENT: DISALLOWED/OE*NT/SCH*VERIZON WIRELESS*2296.85/CL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 0.00<br>COMMENT: DISALLOWED/OE*NT/SCH*TOTAL CARD*501.54/CL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8885 |

| CLAIM RECORDS | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** <br> PO BOX 772813 <br><br> CHICAGO, IL  60677-2813 | Trustee Claim Number:21  INT %:  0.00% <br> Court Claim Number:1 <br><br> CLAIM:  0.00 <br> COMMENT:  DISALLOWED/OE*NT/SCH*IMAGINE MASTERCARD*425.35/CL | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  0526 |
| **QUICKEN LOANS LLC FKA QUICKEN LOANS INC** <br> 635 WOODWARD AVE <br><br> DETROIT, MI  48226 | Trustee Claim Number:22  INT %:  0.00% <br> Court Claim Number:2 <br><br> CLAIM:  0.00 <br> COMMENT:  OUTSIDE/PL*1ST/SCH*THRU 11/18*116.28/CL | CRED DESC:  MORTGAGE ARR. <br> ACCOUNT NO.:  0776 |
| **EAST WASHINGTON BOROUGH (TRASH)** <br> C/O JORDAN TAX SVC - DLNQ CLCTR <br> 102 RAHWAY RD <br> MCMURRAY, PA  15317 | Trustee Claim Number:23  INT %:  10.00% <br> Court Claim Number:12 <br><br> CLAIM:  185.00 <br> COMMENT:  2900050003001100*$@10%/CL-PL*NT/SCH*WNTS 10%*THRU 11/27/18*GU BAR TIME | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.:  1100 |
| **EAST WASHINGTON BOROUGH (TRASH)** <br> C/O JORDAN TAX SVC - DLNQ CLCTR <br> 102 RAHWAY RD <br> MCMURRAY, PA  15317 | Trustee Claim Number:24  INT %:  0.00% <br> Court Claim Number:12 <br><br> CLAIM:  212.28 <br> COMMENT:  2900050003001100*$@0%/CL-PL*NT/SCH*NON INT*THRU 11/27/18*GU BAR TIMELY | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.:  1100 |