IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Janet Linn Ammons | ) | Bankruptcy No. 18-24569 CMB |
| | ) | |
| Debtor (s) | ) | |
| | ) | Chapter 13 |
| Scott R. Lowden, Esquire | ) | |
| Applicant(s) | ) | |
| v. | ) | Doc. No.   65 |
| No Respondent | ) | |
| | ) | |
| Respondent(s) ) | | **ENTERED BY DEFAULT** |

## ORDER OF COURT

AND NOW, this ___2nd___ day of _____November_____, 2021, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED, and DECREED that the total to date attorney fees and costs are found to be $6,312.15, of which $6,242.50 are attorney fees and $69.65 are costs, and that the total previously allowed Attorney's Fees and Costs were $4,000.00. This award covers the period from 11/12/2018 to 10/15/2021.

Therefore, the Application in its face amount of $2,312.15 for additional compensation for services rendered by Rice & Associates Law Firm as Attorney for Debtor(s) are allowed, and the total additional sum of $2,312.15 is to be paid to Rice & Associates Law Firm as the remainder of the Attorney's Fees and Costs through the Chapter 13 Plan, at the same disbursement level as prior awarded and/or paid Attorney's Fees awarded and paid to Scott R. Lowden, Esquire, pursuant to prior confirmed Plan(s) at $200.00 per month.

Further, the Clerk shall record the award of additional compensation for services rendered between November 12, 2018 and October 15, 2021 in the amount of **$2,245.50** and expenses in the amount of **$69.65** for a total of **$2,312.15**. The total award of compensation for services to date, is **$6,242.50** and expenses in the amount of **$69.65** for a grand total in the amount of **$6,312.15.**

FILED
11/2/21 1:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT: _Carlota M. Böhm_
                                                                dmk

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                    Case No. 18-24569-CMB

Janet Linn Ammons                                                         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dsaw | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 02, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Janet Linn Ammons, 172 North Avenue, Washington, PA 15301-3558 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2021                    Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor Janet Linn Ammons ricelaw1@verizon.net  lowdenscott@gmail.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of East Washington jhunt@grblaw.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebecca Solarz | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |

District/off: 0315-2                          User: dsaw                                  Page 2 of 2
Date Rcvd: Nov 02, 2021                       Form ID: pdf900                         Total Noticed: 1

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com

Scott R. Lowden
                        on behalf of Debtor Janet Linn Ammons niclowlgl@comcast.net


TOTAL: 8