**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  JANET LINN AMMONS<br><br>        Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>      vs.<br>JANET LINN AMMONS<br><br><br>      Respondents | Case No.18-24569CMB<br><br>Chapter 13<br><br>Related to Doc. No. 82 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 9th day of November, 2023, it is hereby ORDERED, ADJUDGED, and DECREED that,

Ct Corporation
Attn: Payroll Manager
600 N 2Nd St Ste 401
Harrisburg,PA 17101

is hereby ordered to immediately terminate the attachment of the wages of JANET LINN AMMONS, social security number XXX-XX-7517. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JANET LINN AMMONS.

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_Carlota M. Böhm_  jah
Carlota M. Böhm, Judge
United States Bankruptcy Court

FILED
11/9/23 1:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24569-CMB |
| Janet Linn Ammons | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 09, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Janet Linn Ammons, 172 North Avenue, Washington, PA 15301-3558 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Nov 11, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor Janet Linn Ammons ricelaw1@verizon.net  lowdenscott@gmail.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of East Washington jhunt@grblaw.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 09, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott R. Lowden
    on behalf of Debtor Janet Linn Ammons lowdenscott@gmail.com

TOTAL: 8