**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JANET LINN AMMONS<br><br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:18-24569<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 21, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/27/2018 and confirmed on 1/24/19 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 13,027.00 |
| Less Refunds to Debtor | 327.92 | |
| TOTAL AMOUNT OF PLAN FUND | | 12,699.08 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 5,312.15 | |
|   Trustee Fee | 602.04 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,914.19 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0776 | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0776 | | | | |
|   EAST WASHINGTON BOROUGH (TRASH) | 185.00 | 185.00 | 34.37 | 219.37 |
|     Acct: 1100 | | | | |
|   EAST WASHINGTON BOROUGH (TRASH) | 212.28 | 212.28 | 0.00 | 212.28 |
|     Acct: 1100 | | | | |
|   KEYBANK NA/AKA KEYBANK USA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9589 | | | | |
|   WELLS FARGO BANK NA D/B/A WELLS FA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3039 | | | | |
| | | | | 431.65 |
| **Priority** | | | | |
|   SCOTT R LOWDEN ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JANET LINN AMMONS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JANET LINN AMMONS | 327.92 | 327.92 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NICOTERO & LOWDEN PC** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICE AND ASSOCIATES | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICE AND ASSOCIATES | 2,312.15 | 2,312.15 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX5-21 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   CW NEXUS CREDIT CARD HOLDINGS I LL | 426.36 | 426.36 | 0.00 | 426.36 |
|     Acct: 4407 | | | | |
|   COMMONWEALTH FINANCIAL SYSTEMS/I | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 47N1 | | | | |
|   COMMONWEALTH FINANCIAL SYSTEMS/I | 0.00 | 0.00 | 0.00 | 0.00 |

18-24569                                                                                                             Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 45N1 | | | | |
| | COMMONWEALTH FINANCIAL SYSTEMS/I | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 46N1 | | | | |
| | SCOLOPAX LLC | 4,643.93 | 4,643.93 | 0.00 | 4,643.93 |
| | Acct: 2605 | | | | |
| | LVNV FUNDING LLC | 643.92 | 643.92 | 0.00 | 643.92 |
| | Acct: 7580 | | | | |
| | MERRICK BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4407 | | | | |
| | MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5396 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 639.03 | 639.03 | 0.00 | 639.03 |
| | Acct: 8856 | | | | |
| | ATLAS ACQUISITIONS LLC - ASSIGNEE OF | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: V99B | | | | |
| | TRIDENT ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5633 | | | | |
| | PINNACLE CREDIT SERVICES LLC - ASSI( | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8885 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0526 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8856 | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ATLAS ACQUISITIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 6,353.24 |

TOTAL PAID TO CREDITORS                                                                                        6,784.89

TOTAL CLAIMED
| | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 397.28 |
| UNSECURED | 6,353.24 |

Date: 12/21/2023                                                        /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JANET LINN AMMONS

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-24569

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                       Case No. 18-24569-CMB
Janet Linn Ammons                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                       User: auto                                       Page 1 of 3
Date Rcvd: Dec 21, 2023              Form ID: pdf900                                Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Janet Linn Ammons, 172 North Avenue, Washington, PA 15301-3558 |
| cr | + | Borough of East Washington, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14999723 | + | Borough of East Washington, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14954988 | + | Commonwealth Fin / Wash Hospital, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 14954989 | + | Keybank/usb Cc, Attn: Bankruptcy Department, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14954997 | + | Security Check / Tempoe, Attn: Bankruptcy Dept, 2612 Jackson Ave W, Oxford, MS 38655-5405 |
| 14989288 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000 Raleigh, NC 27605 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc@atlasacq.com | Dec 22 2023 00:10:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | + | Email/Text: bncmail@w-legal.com | Dec 22 2023 00:10:00 | SCOLOPAX, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14972222 | | Email/Text: bnc@atlasacq.com | Dec 22 2023 00:10:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14954987 | ^ | MEBN | Dec 22 2023 00:05:42 | CC Holdings, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14970669 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 22 2023 00:12:32 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14963478 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 22 2023 00:11:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14968686 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Dec 22 2023 00:11:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14975613 | | Email/Text: ktramble@lendmarkfinancial.com | Dec 22 2023 00:09:00 | Lendmark Financial Services LLC, Attn: Bankruptcy Dept., 2118 Usher Street NW, Covington, Georgia 30014 |
| 14970748 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2023 00:12:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14954991 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2023 00:13:10 | LVNV Funding/Resurgent / Credit One, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14954990 | ^ | MEBN | Dec 22 2023 00:04:26 | Lendmark Financial Services, 1735 North Brown Road, Suite 300, Lawrenceville, GA 30043-8228 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2023 | Form ID: pdf900 | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| 14954992 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Dec 22 2023 00:13:09 | Merrick Bank, P.O. Box 660702, Dallas, TX 75266-0702 |
| 14954993 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Dec 22 2023 00:11:00 | Midland Funding LLC, 2365 Northside Drive, #300, San Diego, CA 92108-2710 |
| 14954994 | + | Email/Text: courts@scott-pc.com | | |
| | | | Dec 22 2023 00:11:00 | Midland Funding, LLC, c/o Scott & Associates PC, P.O. Box 75011-5220 |
| 14985925 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Dec 22 2023 00:24:21 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14955951 | + | Email/PDF: rmscedi@recoverycorp.com | | |
| | | | Dec 22 2023 00:24:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14970747 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Dec 22 2023 00:24:12 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14954995 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Dec 22 2023 00:12:31 | Portfolio Recovery / Synchrony, Po Box 41021, Norfolk, VA 23541-1021 |
| 14954996 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Dec 22 2023 00:11:00 | Quicken Loans, P.O. Box 6577, Carol Stream, IL 60197-6577 |
| 14968067 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Dec 22 2023 00:11:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15423883 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Dec 22 2023 00:10:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14954998 | | ^ MEBN | | |
| | | | Dec 22 2023 00:03:25 | Trident Asset Management / Verizon, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |
| 14954999 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Dec 22 2023 00:24:09 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14972623 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2023          Signature:     /s/Gustava Winters

Case 18-24569-CMB    Doc 87    Filed 12/23/23    Entered 12/24/23 00:27:16    Desc Imaged
Certificate of Notice    Page 7 of 7

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Dec 21, 2023 | Form ID: pdf900 | Total Noticed: 30 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2023 at the address(es) listed below:**

**Name**      **Email Address**

Brian Nicholas
     on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com

Brian Nicholas
     on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com

David A. Rice
     on behalf of Debtor Janet Linn Ammons ricelaw1@verizon.net  lowdenscott@gmail.com

Jeffrey R. Hunt
     on behalf of Creditor Borough of East Washington jhunt@grblaw.com

Maria Miksich
     on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
     cmecf@chapter13trusteewdpa.com

Scott R. Lowden
     on behalf of Debtor Janet Linn Ammons lowdenscott@gmail.com

TOTAL: 8